## DAVIE agt. HALL

Humphry Davie plaint. ag$^t$ Ralph Hall of Exiter Def$^{dt}$ in an action of debt of Seven pound Eighteen Shillings in mony and five thousand foot of Merchantable pine inch boards to bee delivered in Boston

for goods bought of him s<sup>d</sup> Davie as by bill under the hand of s<sup>d</sup> Hall. dat<sup>d</sup> 5° Nov<sup>r</sup> 1674. shall appeare with all other due damages &c. . . . The Jury . . . found for the plaint. Seven pound eighteen Shillings mony and five thousand foote Merchantable pine inch boards to bee delivered in Boston in twenty four houres or in defect twelve pound ten Shillings in mony in all twenty pounds eight Shillings in mony and costs of Court allow<sup>d</sup> thirty five Shillings eight pence.

Execution issued Feb<sup>r</sup> 19° 1677.